# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00217-CV

**New Hampshire Insurance Company, Appellant**

**v.**

**Lester Tobias, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
### NO. 6678-A-C, HONORABLE HOWARD WARNER, JUDGE PRESIDING

The parties have filed an agreed motion to dismiss, notifying this Court that they have settled their dispute. Pursuant to the settlement agreement, we grant the motion, vacate the trial court=s judgment, and dismiss the appeal. Tex. R. App. P. 42.1(a)(2), 43.2(e).

Lee Yeakel, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Agreed Motion

Filed: August 8, 2002

Do Not Publish